HENRY DAVIS, *Plaintiff in Error*, VS. THE STATE OF FLOR-
IDA, *Defendant in Error*.
138 So. 402.
Division A.
Decision filed December 11, 1931.

*Clyde E. Mayhall* and *Carter & Pierce*, for Plaintiff in
Error;

*Cary D. Landis*, Attorney General and *Roy Campbell*,
Assistant, for the State.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

MARIE KOSTER, joined by her husband, JOSEPH KOSTER, and
JOSEPH KOSTER as an individual, *Plaintiffs in Error*, VS.
FIRST TRUST & SAVINGS BANK, a Florida corporation,
*Defendant in Error*.
138 So. 400.
En Banc.
Decision filed December 11, 1931.

*Boone & Kirchik* and *Effie Knowles*, for Plaintiff in
Error;

*Loftin, Stokes & Calkins*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-

mitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

STANDARD LUMBER COMPANY, a corporation, and STANDARD LUMBER CORPORATION, a corporation, *Appellants*, vs. WILEY GRANTHAM, Appellee.

138 So. 401.

Division A.

Decision filed December 11, 1931.

*Crawford & May* and *John F. Harrell*, for Appellants; *J. L. Blackwell* and *Stafford Caldwell*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Orders herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Orders; it is, therefore, considered, ordered and adjudged by the Court that the said Orders of the Circuit Court be, and the same are hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.